UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KA WAI JIMMY LO,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | CASE NO. 2:17-cv-01202-TL<br><br>**ORDER REGARDING JUDICIAL SETTLEMENT CONFERENCE** |

This case has been referred for settlement conference before the Honorable BRIAN A. TSUCHIDA, United States Magistrate Judge. *See* Dkt. 127. Accordingly, counsel for Plaintiff, Plaintiff and Counsel for Defendant are ORDERED TO APPEAR:

    **April 13, 2022 at 9:30 am**

    **United States District Courthouse**
    **700 Stewart St. 12th floor - Courtroom 12A**
    **Seattle, WA 98101**

<u>Who Must Be Present</u>

Each attorney who will try the case must be physically present, accompanied by the client or a representative with full authority to resolve the case. Having a client or representative available by telephone is <u>not</u> acceptable. If there are other individuals whose presence would be necessary to resolve the case, please arrange for their attendance. Failure to produce the

appropriate persons at the mediation or the failure to participate in good faith may result in an award of costs and attorney fees incurred by the other parties regarding the conference, or other sanctions against the non-complying party or counsel. The Court expects all participants to be prepared and sincerely interested in settlement. All parties should keep an open mind and be willing to reassess previous positions. The court expects the parties to address each other with courtesy and respect.

Settlement memos

Each party shall email a separate settlement memo to Judge Tsuchida's in-court clerk at andy_quach@wawd.uscourts.gov. by **1:00 pm on April 8, 2022.** These memos are confidential; do not file them with the clerk's office or serve them on opposing counsel. These settlement memos should help the Court understand the relevant facts, the specific issues to resolve, the applicable law and the parties' settlement position. Brevity is encouraged.

Confidentiality

Statements and disclosures made in the course of the settlement conference will be confidential and not admissible at trial or for any other purpose other than settlement. Parties should be frank and open in their discussion.

Retaining Jurisdiction

At the conclusion of the settlement conference, the Court will inquire whether the parties request the undersigned retain jurisdiction regarding any settlement that may be reached.

DATED this 30th day of March, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REGARDING JUDICIAL
SETTLEMENT CONFERENCE - 2