The Honorable Tana Lin

UNITED STATES DISTRICT COURT IN AND FOR
THE WESTERN DISTRICT OF WASHINGTON IN SEATTLE

| | |
|---|---|
| KA WAI JIMMY LO, | No. 2:17-cv-01202-TL |
| Plaintiff, | ~~AGREED~~ PRETRIAL ORDER ~~[AMENDED]~~ |
| v. | |
| UNITED STATES of AMERICA, | |
| Defendant. | |

## I.   FEDERAL JURISDICTION

Jurisdiction in this matter is premised upon the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b) and 2679(b)(1).  The United States has only waived sovereign immunity for the negligent or wrongful acts or omissions of any federal employee acting within the scope of employment, under circumstances where the United States, if a private person, would be liable to the plaintiff in accordance with the law of the place where the act or omission occurred. 28 U.S.C. §§ 1346(b).   Venue is proper under 28 U.S.C. § 1402(b).   The parties agree that Washington State law substantively governs the claim to be adjudicated at trial in this matter.

## II.   CLAIMS AND DEFENSES

At trial, Plaintiff will pursue the following claims:

Plaintiff will pursue economic, general, and special damages for the injuries Mr. Lo suffered and

continues to suffer as a result of the motor vehicle collision that occurred on November 23, 2012.

**The United States will pursue the following affirmative defenses:**

1.      Plaintiff's injuries and damages were not proximately caused by the negligent or wrongful act or omission of any agent, employee, or representative of the United States. Plaintiff's injuries and damages, if any, were caused by other preexisting or unrelated sicknesses, injuries, or other medical conditions.

2.      Plaintiff's total damages must be limited to no more than $300,000.00, the sum certain set forth in Plaintiff's administrative claim form.  *See* U.S.C. § 2675(b).

3.      Plaintiff failed to mitigate, obviate, diminish or otherwise act to lessen or reduce the injuries, damages and disabilities alleged.  The damages Plaintiff claims (if proven) must be decreased by the portion of his responsibility in failing to mitigate the same.

4.      Plaintiff's claims for both past and future earnings as well as earning capacity (if proven) must be decreased by the portion of his responsibility in failing to mitigate the same.

5.      Pursuant to 28 U.S.C. § 2678, Plaintiff is not entitled to a separate award of attorney's fees, expenses, or costs.  Nor is Plaintiff entitled to any pre-judgment interest against the United States.

6.  All future damages, if any, must be reduced to present value.

## III.    ADMITTED FACTS

Defendant has "concluded that it does not contest liability in this matter."  Dkt. 63, Pg 1, ln. 22-23.  This Court has granted Defendant's summary judgment motion on the special damages as it relates to ***past[1]*** medical bills.  The Court also excluded the following via pretrial

---

[1] *To the extent that this order reflects substantive changes from the parties' joint proposed pretrial order (Dkt. No. 138), additions have been marked in bold and italics, while deletions have been marked with a strikethrough.*

1   motions: (1) testimony from Plaintiff's expert Dr. Sanford Wright regarding Plaintiff's hip,

2   mental health, and complex regional pain syndrome; (2) vocational testing performed by

3   Plaintiff's life care planner; and (3) portions of Plaintiff's life care plan pertaining to future

4   mental health care.  The parties also stipulated to the present cash value of the portions of the

5   life care plan that remain and agree to present those figures through the report of Defendant's

6   retained economist, Lorraine Barrick, without the need to call Ms. Barrick to testify.

7          1.      Plaintiff was involved in a motor vehicle collision with a United States Postal

8   Service ("USPS") employee, Christian Tanuyan, on November 23, 2012, at approximately 2 PM.

9          2.      The collision occurred at the intersection of 87th Avenue S. and S. 123rd Street in

10  Renton, Washington.

11         3.      Plaintiff was operating a 2011 Toyota Yaris, and was traveling southbound on 87th

12  Avenue S., proceeding straight.

13         4.      Mr. Tanuyan was also traveling southbound on 87th Avenue S., but had pulled to

14  the right of the road, at the entrance of S. 123rd Street, to attempt to cross over 87th Avenue S. and

15  travel north (in essence, a U-turn).

16         5.      Mr. Tanuyan collided with the front right corner of Plaintiff's vehicle and

17  Plaintiff's vehicle spun.  There was a secondary impact with the left front of Plaintiff's vehicle.

18         6.      Plaintiff was traveling approximately 25 MPH at time of impact.

19         7.      Plaintiff was transported on scene to UW Valley Medical Center for further

20  treatment via ambulance.

21         8.      The United States does not contest liability but disputes the nature and extent of

22  Plaintiff's damages.

23         9.      The property damage to Plaintiff's vehicle was separately adjudicated and is not

24  an issue remaining for trial.

1

## IV.   ISSUES OF LAW

2     **The following issues of law must be determined by the Court:**

3   1.   What injuries to Plaintiff has Plaintiff proved were proximately caused by Defendant's

4        negligence by a preponderance of the evidence?

5   2.   Has Plaintiff proved by a preponderance of the evidence that he sustained economic

6        damages?  Specifically:

7        a.   That he requires future medical care as a result of the collision.

8        b.   That such care is reasonable, necessary, and related to the subject collision.

9        c.   That he lost earnings as a result of the collision.

10        d.   The reasonable value of those earnings to the present time.

11        e.   That he will, continue to lose earnings and/or earning capacity.

12        f.   The reasonable value of earning and/or earning capacity that will, with reasonable

13             probability, be lost in the future.

14   3.   Has Plaintiff proved by a preponderance of the evidence that he sustained non-economic

15        damages?  Specifically:

16        a.   What damages, if any, has Plaintiff proved by a preponderance of the evidence

17             related to the nature and extent of his injuries?

18        b.   What damages, if any, has Plaintiff proved by a preponderance of the evidence

19             concerning his disability, disfigurement, and loss of enjoyment of life, experienced

20             and with reasonable probability to be experienced in the future?

21        c.   What damages, if any, has Plaintiff proved by a preponderance of the evidence

22             related to the pain and suffering, both mental and physical, inconvenience, mental

23             anguish, and emotional distress?

24

4.  Has the United States proved by a preponderance of evidence that Plaintiff failed to mitigate any of the above damages?

## V.    PLAINTIFF'S WITNESSES

(1)   Ka Wai Jimmy Lo. *Will Testify In Person.* Mr. Lo is the Plaintiff in this action.  He will testify as to the facts and circumstances surrounding the collision, his subsequent injuries, and the affect those injuries have had on his day-to-day life and relationships. Address: 8416 South 120th Street, Seattle, WA 98178.

(2)   Tiffany Chim. *Will Testify in Person.*  Ms. Chim is Plaintiff's partner and will testify regarding Plaintiff's injuries and the effects those injuries had on Plaintiff and his day-to-day life.  Address: 8416 South 120th Street, Seattle, WA 98178.

(3)   Michael Chan. *Will Testify via Zoom.*  Mr. Chan is a close friend of Plaintiff and may testify regarding Plaintiff's injuries and the effects those injuries had on Plaintiff and his day-to-day life.  Address: 6681 Kreb Lake Ct., Las Vegas, NV 89148.  Mr. Chan previously agreed to testify when the parties stipulated to a zoom trial.  He lives in Las Vegas, and appearing in person will be a burden on him.  Plaintiff accordingly respectfully requests leave to allow him to testify by Zoom.

(4)   Kimberly Tso. *Will Testify via Zoom.*  Ms. Tso is a close friend of Plaintiff and may testify regarding Plaintiff's injuries and the effects those injuries had on Plaintiff and his day-to-day life.  Address: 8802 SE 37th St., Mercer Island, WA 98040.  Ms. Tso agreed to testify when the case was to proceed as a Zoom-only trial.  She works full time, and scheduling her for an in person appearance will disrupt her schedule. Plaintiff accordingly respectfully requests leave to allow her to testify by Zoom.

(5)   Dr. Sanford Wright, MD. *Will Testify via Zoom.*  Dr. Wright is an expert retained by Plaintiff and will testify regarding Plaintiff's medical treatment and injuries.  Dr.

Wright may also be called to rebut testimony of Defendant's expert witnesses. Address: 3726 Broadway Suite 201, Everett, WA 98201.  Phone: (425) 317-9119. Dr. Wright maintains an active practice mixing medical and legal consultations.  He was previously scheduled when the parties had stipulated to a zoom trial. He is booked far in advance, and it would therefore be a hardship for him to reschedule appointments to take the additional time to travel to the Courthouse and potentially wait for his turn to testify.  Plaintiff accordingly respectfully requests leave to allow him to testify by Zoom.

(6)     Dr. Michelle Brown, PsyD. *Will Testify **via Zoom***.  Ms. Johnson is an expert retained by Plaintiff and will testify regarding Plaintiff's emotional and psychological state, the effects of the motor vehicle collision on his general mental health, and injuries. Dr. Brown may also be called to rebut testimony of Defendant's expert witnesses. Address: 4711 44th Ave SW, Suite C, Seattle WA 98116.  Phone: (206) 317-4646. Dr. Brown was previously scheduled when the parties stipulated to a zoom trial.  She maintains a largely clinical practice and therefore it would be a hardship to reschedule many clients receiving mental health treatment for her to physically come to the Court to testify.  Plaintiff accordingly respectfully requests leave to allow her to testify by Zoom.

(7)     Cloie B. Johnson, M.Ed., A.B.V.E., C.C.M. *Will Testify **via Zoom***. Ms. Johnson is an expert retained by Plaintiff and will testify regarding Plaintiff's economic loss.  Ms. Johnson may also be called to rebut testimony of Defendant's expert witnesses. Address: 10132 NE 185th St., Bothell, WA 98011. Phone: (425) 486-4040.  Ms. Johnson had a previously scheduled vacation that coincided with the Court's re-noting of trial. She is willing to testify during trial, but it would be a hardship for her

to testify in person. Plaintiff accordingly respectfully requests leave to allow her to testify by Zoom.

## VI.     DEFENDANT'S WITNESSES

**The following expert witnesses may be called by the United States at trial:**

1.     Brad L. Bates, Ph.D. – *Will testify live.*
       Tacoma Psychology, PLLC
       2102 N. 30th Street, Suite B
       Tacoma, WA 98403
       Phone: (253) 383-0101

Dr. Bates is a licensed clinical psychologist who was retained by the United States to perform an independent mental health examination on February 5, 2021. He will testify regarding his own examination as well as Plaintiff's post-collision treatment history, diagnoses, and prognoses as it relates to apparent mental health disorders. He will also address testimony from Plaintiff's expert(s) regarding future care and treatment. Dr. Bates meets the vaccine requirements set forth by the Court via email on April 13, 2022, and thus, will appear in-person.

2.     Patrick N. Bays, D.O. – *Will testify live.*
       NOVA Medical Experts
       140 4th Avenue N, Suite 170
       Seattle, WA 98109
       Phone: (206) 960-4119

Dr. Bays is a board-certified orthopedic surgeon who was retained by the United States to provide opinion regarding the alleged orthopedic injuries, including the cervical and lumbar spine as well as the upper extremity pain/discomfort. He will testify regarding Plaintiff's post-collision treatment history, diagnoses, and prognoses including Plaintiff's unrelated degenerative conditions impacting the spine. He will also discuss the apparent need for surgical intervention in the lower back. Lastly, he will address testimony from Plaintiff's expert(s) regarding future care and treatment. Dr. Bays meets the vaccine requirements set forth by the Court via email on April 13, 2022, and thus, will appear in-person.

3.      John Berg, M.Ed., CRC, IPEC, ABVE/Diplomate – *Will testify live.*
        Vocational Consulting, Inc.
        3515 SW Alaska Street
        Seattle, WA 98126
        Phone: (206) 933-8870

Mr. Berg is a vocational rehabilitation counselor who was retained by the United States to provide opinion regarding whether Plaintiff's employability had been impacted by the subject collision.  He will testify regarding Plaintiff's employment history both prior and subsequent to the collision (including the viability of Plaintiff's many attempted business ventures) and discuss the type(s) of employment available to Plaintiff presently.  He will address testimony from Plaintiff's expert(s) regarding future earning capacity loss and/or the apparent need for vocational retraining or education.  Mr. Berg meets the vaccine requirements set forth by the Court via email on April 13, 2022 and thus, will appear in-person.

4.      Edward I. Dagher, M.D.—*Will testify live.*
        Center for Musculoskeletal Evaluations
        1822 Black Lake Boulevard SW, Suite 102
        Olympia, WA 98512
        Phone: (360) 878-8862

Dr. Dagher is a board-certified physical medicine and rehabilitation physician who was retained by the United States to provide opinion regarding the alleged physical injuries, including the cervical and lumbar spine as well as the upper extremity pain/discomfort.  He will testify regarding Plaintiff's post-collision treatment history, diagnoses, and prognoses including Plaintiff's unrelated degenerative conditions impacting the spine.  He will also discuss the apparent need for surgical intervention in the lumbar spine and/or interventional spinal procedures (e.g., ablation) in the cervical spine.  Lastly, he will address testimony from Plaintiff's expert(s) regarding future care and treatment.  Dr. Dagher meets the vaccine requirements set forth by the Court via email on April 13, 2022 and thus, will appear in-person.

**The following lay witnesses may be called by the United States at trial:**

1.      Christian Tanuyan – *Possible Witness Only*
        c/o Erin K. Hoar, Assistant United States Attorney, Counsel for United States

Mr. Tanuyan was the driver of the USPS vehicle that collided with Plaintiff's vehicle on November 23, 2012.  Mr. Tanuyan may be called by the United States to rebut any claims by Plaintiff regarding the mechanism of the collision and Plaintiff's presentation at the scene.

## VII.    PLAINTIFF'S EXHIBITS

Plaintiff intents to introduce the following exhibits at trial:

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|-----|-------------|--------------|---------------|-----------|----------|
| P-1. | Property Damage Photographs | Stipulated | Stipulated | | |
| P-2. | Property Damage Correspondence | Stipulated | Disputed | 401-402; 802 | |
| P-3. | Police Report | Stipulated | Stipulated | | |
| P-4. | Initial Report of Dr. Wright | Stipulated | Disputed | 802 | |
| P-5. | Initial Report of Ms. Johnson | Stipulated | Disputed | 802 | |
| P-6. | Initial Report of Dr. Brown | Stipulated | Disputed | 802 | |
| P-7. | Rebuttal Report of Dr. Wright | Stipulated | Disputed | 802 | |
| P-8. | Rebuttal Report of Ms. Johnson | Stipulated | Disputed | 802 | |
| P-9. | Rebuttal Report of Dr. Brown | Stipulated | Disputed | 802 | |
| P-10. | Supplemental Report of Dr. Wright | *Withdrawn* | | | |
| P-11. | Supplemental Report of Ms. Johnson | *Withdrawn* | | | |
| P-12. | Supplemental Report of Dr. Brown | *Withdrawn* | | | |
| P-13. | Tax Records | Stipulated | Stipulated | | |
| P-14. | Property Records | Disputed | Disputed | 401-402; 602; 802; 901 | |
| P-15. | Business Records | Stipulated | Disputed | 401-402; 602; 802; 901 | |
| P-16. | Records: Social Security Administration | Stipulated | Stipulated | | |
| P-17. | Records: WA Employment Security Department | Stipulated | Stipulated | | |
| P-18. | Accident Scene Photographs | Stipulated | Stipulated | | |
| P-19. | Photographs: Mr. Lo | Withdrawn | | | |

| P-20. | Educational Records: Mr. Lo | Stipulated | Stipulated | | |
|---|---|---|---|---|---|
| P-21. | Radiology Images: Proliance Orthopedic | Stipulated | Stipulated | | |
| P-22. | Radiology Images: MultiCare | Stipulated | Stipulated | | |
| P-23. | Radiology Images: Updated MultiCare | Stipulated | Stipulated | | |
| P-24. | Employment Records: KT Building Supply | Stipulated | Stipulated | | |
| P-25. | Employment Records: Western Homes Realty Inc | Stipulated | Stipulated | | |
| P-26. | Medical Specials Summary | Withdrawn | | | |
| P-27. | Medical & Billing Records: Assoc Emergency Phys | Stipulated | Stipulated | | |
| P-28. | Medical & Billing Records: Bellevue Bone and Joint | Stipulated | Stipulated | | |
| P-29. | Medical & Billing Records: Clark Chiropractic | Stipulated | Stipulated | | |
| P-30. | Medical & Billing Records: Columbia City Chiropractic | Stipulated | Stipulated | | |
| P-31. | Medical & Billing Records: Daniel Fosmire, MD | Stipulated | Stipulated | | |
| P-32. | Medical & Billing Records: Diagnostic Imaging NW | Stipulated | Stipulated | | |
| P-33. | Medical & Billing Records: Evergreen Health | Stipulated | Stipulated | | |
| P-34. | Medical & Billing Records: Massage Envy | Stipulated | Stipulated | | |
| P-35. | Medical & Billing Records: Prescription Receipts | Withdrawn | | | |
| P-36. | Medical & Billing Records: MultiCare | Stipulated | Stipulated | | |
| P-37. | Medical & Billing Records: Navos Mental Health | Stipulated | Stipulated | | |
| P-38. | Medical & Billing Records: NeighborCare | Stipulated | Stipulated | | |
| P-39. | Medical & Billing Records: Overlake Hospital | Stipulated | Stipulated | | |
| P-40. | Medical & Billing Records: Overlake Medical Clinic | Stipulated | Stipulated | | |
| P-41. | Medical & Billing Records: Proliance Orthopedic | Stipulated | Stipulated | | |
| P-42. | Medical & Billing Records: Steven M. Hall, M.D. | Stipulated | Stipulated | | |
| P-43. | Medical & Billing Records: UW Physicians | Stipulated | Stipulated | | |
| P-44. | Medical & Billing Records: UW Valley Medical Center & Clinics | Stipulated | Stipulated | | |

| P-45. | Medical & Billing Records: Valley Medical Center & Urology | Withdrawn | | | |
|---|---|---|---|---|---|
| P-46. | Medical & Billing Records: Vantage Radiology | Stipulated | Stipulated | | |

## VIII.   DEFENDANT'S EXHIBITS

The United States may offer the following exhibits at trial, in addition to any exhibits identified by Plaintiff:

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| D-1. | CTs of Cervical Spine and Chest, Abdomen and Pelvis, Dated 11/17/2006 (USAO_Lo 949, 951 + 2612) | Stipulated | Stipulated | N/A | |
| D-2. | Renton Fire and Emergency Services Incident Report Form, Dated 11/23/12 (USAO_Lo PLTF 765) | Stipulated | Stipulated | N/A | |
| D-3. | Tri-Med Ambulance Records, Dated 11/23/12 (USAO_Lo PLTF 766-769) | Stipulated | Stipulated | N/A | |
| D-4. | Valley Medical Center ER Records, Dated 11/23/12 (USAO_Lo PLTF 731-735) | Stipulated | Stipulated | N/A | |
| D-5. | XR of Right Ankle, Dated 11/23/12 (USAO_Lo 942) | Stipulated | Stipulated | N/A | |
| D-6. | XR of Cervical Spine, Dated 11/23/12 (USAO_Lo 943 + 2612) | Stipulated | Stipulated | N/A | |
| D-7. | CT of Chest, Abdomen and Pelvis, Dated 11/23/12 (USAO_Lo 945-946 + 2612) | Stipulated | Stipulated | N/A | |
| D-8. | Valley Orthopedic Associates Record, Dated 1/17/13 (USAO_Lo 2056-2058) | Stipulated | Stipulated | N/A | |
| D-9. | XR of Lumbar Spine, Dated 1/17/13 (USAO_Lo 2618) | Stipulated | Stipulated | N/A | |
| D-10. | MRI of Lumbar Spine, Dated 1/29/13 (USAO_Lo 2074-2075 + 2618) | Stipulated | Stipulated | N/A | |
| D-11. | Valley Orthopedic Associates Record, Dated 3/1/13 (USAO_Lo 2054-2055) | Stipulated | Stipulated | N/A | |

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| D-12. | Neighborcare Health Record, Dated 7/8/14 (USAO_Lo_PLTF 1129-1132) | Stipulated | Stipulated | N/A | |
| D-13. | Outpatient Physical Therapy Discharge, Dated 5/29/13 (USAO_Lo_PLTF 1158) | Stipulated | Stipulated | N/A | |
| D-14. | Columbia City Chiropractic Record, Dated 8/15/14 (USAO_Lo 39-41) | Stipulated | Stipulated | N/A | |
| D-15. | Valley Cities Behavioral Health Record, Dated 11/12/14 (USAO_Lo 2764-2780) | Stipulated | Stipulated | N/A | |
| D-16. | MRI of Lumbar Spine, Dated 11/25/14 (USAO_Lo 725-726) | Stipulated | Stipulated | N/A | |
| D-17. | MRI of Cervical Spine, Dated 11/25/14 (USAO_Lo 2615 + 734-736) | Stipulated | Stipulated | N/A | |
| D-18. | Steven Hall, MD Records, Dated 12/1/14 to 4/8/15 (USAO_Lo 702 + 715-724) | Stipulated | Stipulated | N/A | |
| D-19. | Bellevue Bone & Joint Record, Dated 12/8/14 (USAO_Lo 12-13) | Stipulated | Stipulated | N/A | |
| D-20. | Overlake L3-L4 ESI, Dated 12/11/14 (USAO_Lo 2614) | Stipulated | Stipulated | N/A | |
| D-21. | Bellevue Bone & Joint Record, Dated 12/24/14 (USAO_Lo 10-11) | Stipulated | Stipulated | N/A | |
| D-22. | Outpatient Physical Therapy Discharge, Dated 1/2/15 (USAO_Lo 728) | Stipulated | Stipulated | N/A | |
| D-23. | Bellevue Bone & Joint Record, Dated 1/28/15 (USAO_Lo 8-9) | Stipulated | Stipulated | N/A | |
| D-24. | MRI of Cervical Spine, Dated 1/29/15 (USAO_Lo 2614) | Stipulated | Stipulated | N/A | |
| D-25. | MRI of Lumbar & Thoracic Spine, Dated 1/30/15 (USAO_Lo 2614) | Stipulated | Stipulated | N/A | |
| D-26. | Bellevue Bone & Joint Record, Dated 2/2/15 (USAO_Lo 7) | Stipulated | Stipulated | N/A | |
| D-27. | Bellevue Bone & Joint Record, Dated 2/2/15 (USAO_Lo 5-6) | Stipulated | Stipulated | N/A | |

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| D-28. | Ginger Allen, MD Record, Dated 3/9/15 USAO_Lo 757-760) | Stipulated | Stipulated | N/A | |
| D-29. | Ginger Allen, MD Record, Dated 4/7/15 USAO_Lo 761-763) | Stipulated | Stipulated | N/A | |
| D-30. | Ginger Allen, MD Record, Dated 5/5/15 (USAO_Lo 765-767) | Stipulated | Stipulated | N/A | |
| D-31. | Ginger Allen, MD Record, Dated 6/1/15 (USAO_Lo 768-770) | Stipulated | Stipulated | N/A | |
| D-32. | Ginger Allen, MD Record, Dated 6/2/15 (USAO_Lo 771-773) | Stipulated | Stipulated | N/A | |
| D-33. | Ginger Allen, MD Record, Dated 6/16/15 (USAO_Lo 777-780) | Stipulated | Stipulated | N/A | |
| D-34. | Ginger Allen, MD Record, Dated 7/14/15 (USAO_Lo 784-786) | Stipulated | Stipulated | N/A | |
| D-35. | Ginger Allen, MD Record, Dated 8/10/15 (USAO_Lo 789-792) | Stipulated | Stipulated | N/A | |
| D-36. | Daniel Fosmire, MD Records, Dated 8/11/15 to 5/19/16 (USAO_Lo 669-690) | Stipulated | Stipulated | N/A | |
| D-37. | MRI of Brachial Plexus, Dated 8/12/15 (USAO_Lo 675 + 2614) | Stipulated | Stipulated | N/A | |
| D-38. | EMG Nerve Conduction Study, Dated 8/12/15 (USAO_Lo 3490-3496) | Stipulated | Stipulated | N/A | |
| D-39. | Ginger Allen, MD Record, Dated 9/10/15 (USAO_Lo 794-796) | Stipulated | Stipulated | N/A | |
| D-40. | Ginger Allen, MD Record, Dated 9/24/15 (USAO_Lo 798-800) | Stipulated | Stipulated | N/A | |
| D-41. | Ginger Allen, MD Record, Dated 10/15/15 (USAO_Lo 801-803) | Stipulated | Stipulated | N/A | |
| D-42. | Xray of Cervical Spine, Dated 10/29/15 (USAO_Lo 2616 + 2654) | Stipulated | Stipulated | N/A | |
| D-43. | Xray of Lumbar Spine, Dated 10/29/15 (USAO_Lo 2656) | Stipulated | Stipulated | N/A | |

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|-----|-------------|--------------|---------------|-----------|----------|
| D-44. | MultiCare Orthopedic Record, Dated 10/29/15 (USAO_Lo 410-429) | Stipulated | Stipulated | N/A | |
| D-45. | Navos Mental Health Intake Evaluation, Dated 11/6/15 (USAO_Lo 2332-2356) | Stipulated | Stipulated | N/A | |
| D-46. | Navos Mental Health PHQ-9 Assessment, Dated 11/12/15 (USAO_Lo 2357-2358) | Stipulated | Stipulated | N/A | |
| D-47. | Ginger Allen, MD Record, Dated 11/16/15 (USAO_Lo 804-806) | Stipulated | Stipulated | N/A | |
| D-48. | MRI of Lumbar Spine, Dated 11/21/15 (USAO_Lo 2616 + 2658-2659) | Stipulated | Stipulated | N/A | |
| D-49. | MRI of Cervical Spine, Dated 11/21/15 (USAO_Lo 2616 + 2660-2661) | Stipulated | Stipulated | N/A | |
| D-50. | Evergreen Surgical Center Operative Report, Dated 12/3/15 (USAO_Lo_PLTF 973-975) | Stipulated | Stipulated | N/A | |
| D-51. | Navos Mental Health Counseling, Dated 12/7/15 (USAO_Lo 2118-2120) | Stipulated | Stipulated | N/A | |
| D-52. | Ginger Allen, MD Record, Dated 12/11/15 (USAO_Lo 807-809) | Stipulated | Stipulated | N/A | |
| D-53. | MultiCare Orthopedic Record, Dated 12/14/15 (USAO_Lo 220-230) | Stipulated | Stipulated | N/A | |
| D-54. | MultiCare Orthopedic Record, Dated 12/29/15 (USAO_Lo 246-248) | Stipulated | Stipulated | N/A | |
| D-55. | Ginger Allen, MD Record, Dated 1/11/16 (USAO_Lo 810-812) | Stipulated | Stipulated | N/A | |
| D-56. | Navos Mental Health Counseling, Dated 1/5/16 (USAO_Lo 2121-2123) | Stipulated | Stipulated | N/A | |
| D-57. | Navos OP Nursing Note, Dated 1/26/16 (USAO_Lo 2124-2126) | Stipulated | Stipulated | N/A | |
| D-58. | Navos Mental Health Psychiatric Consult, Dated 1/29/16 (USAO_Lo 2127-2130) | Stipulated | Stipulated | N/A | |

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| D-59. | Evergreen Surgical Center Operative Report, Dated 2/9/16 (USAO_Lo_PLTF 993-994) | Stipulated | Stipulated | N/A | |
| D-60. | Ginger Allen, MD Record, Dated 2/12/16 (USAO_Lo 813-815) | Stipulated | Stipulated | N/A | |
| D-61. | Evergreen Surgical Center Operative Report, Dated 2/16/16 (USAO_Lo_PLTF 1012-1013) | Stipulated | Stipulated | N/A | |
| D-62. | Navos Mental Health Counseling, Dated 2/19/16 (USAO_Lo 2131) | Stipulated | Stipulated | N/A | |
| D-63. | Navos Mental Health Psychiatric Consult, Dated 2/22/16 (USAO_Lo 2133-2135) | Stipulated | Stipulated | N/A | |
| D-64. | Navos Mental Health Counseling, Dated 3/3/16 (USAO_Lo 2136-2138) | Stipulated | Stipulated | N/A | |
| D-65. | Navos Mental Health Psychiatric Consult, Dated 3/21/16 (USAO_Lo 2139-2141) | Stipulated | Stipulated | N/A | |
| D-66. | Evergreen Surgical Center Operative Report, Dated 3/24/16 (USAO_Lo_PLTF 1028-1029) | Stipulated | Stipulated | N/A | |
| D-67. | Ginger Allen, MD Record, Dated 3/25/16 (USAO_Lo 818-820) | Stipulated | Stipulated | N/A | |
| D-68. | Navos Mental Health Psychiatric Consult, Dated 4/4/16 (USAO_ Lo 2142-2144) | Stipulated | Stipulated | N/A | |
| D-69. | Navos Mental Health Psychiatric Consult, Dated 5/2/16 (USAO_Lo 2146-2148) | Stipulated | Stipulated | N/A | |
| D-70. | Navos Mental Health Psychiatric Consult, Dated 5/16/16 (USAO_Lo 2149-2151) | Stipulated | Stipulated | N/A | |
| D-71. | Ginger Allen, MD Record, Dated 5/23/16 (USAO_Lo 822-824) | Stipulated | Stipulated | N/A | |

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| D-72. | Navos Mental Health Counseling, Dated 6/10/16 (USAO_Lo 2152-2154) | Stipulated | Stipulated | N/A | |
| D-73. | Navos Mental Health Psychiatric Consult, Dated 6/27/16 (USAO_Lo 2158-2161) | Stipulated | Stipulated | N/A | |
| D-74. | Navos Mental Health Psychiatric Consult, Dated 7/25/16 (USAO_Lo 2166-2169) | Stipulated | Stipulated | N/A | |
| D-75. | MultiCare Orthopedic (Dr. Chen) Record with Lumbar MRI, Dated 8/2/16 (USAO_Lo 264-268) | Stipulated | Stipulated | N/A | |
| D-76. | MultiCare Orthopedic (Dr. Chen) Record, Dated 8/16/16 (USAO_Lo 289-307) | Stipulated | Stipulated | N/A | |
| D-77. | Ginger Allen, MD Record, Dated 8/19/16 (USAO_Lo 825-827) | Stipulated | Stipulated | N/A | |
| D-78. | Navos Mental Health Counseling, Dated 8/22/16 (USAO_Lo 2171-2173) | Stipulated | Stipulated | N/A | |
| D-79. | Navos Mental Health Psychiatric Consult, Dated 8/26/16 (USAO_Lo 2174-2176) | Stipulated | Stipulated | N/A | |
| D-80. | MultiCare Orthopedic Post-Op, Dated 9/9/16 (USAO_Lo 323-324) | Stipulated | Stipulated | N/A | |
| D-81. | MultiCare Orthopedic Post-Op, Dated 9/13/16 (USAO_Lo 331-342) | Stipulated | Stipulated | N/A | |
| D-82. | Ginger Allen, MD Record, Dated 9/19/16 (USAO_Lo 829-832) | Stipulated | Stipulated | N/A | |
| D-83. | Navos Mental Health Psychiatric Consult, Dated 10/7/16 (USAO_Lo 2177-2179) | Stipulated | Stipulated | N/A | |
| D-84. | Navos Mental Health Counseling, Dated 10/7/16 (USAO_Lo 2180-2182) | Stipulated | Stipulated | N/A | |
| D-85. | MultiCare Orthopedic Post-Op, Dated 10/14/16 (USAO_Lo 352-362) | Stipulated | Stipulated | N/A | |

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| D-86. | Ginger Allen, MD Record, Dated 11/4/16 (USAO_Lo 833-835) | Stipulated | Stipulated | N/A | |
| D-87. | Navos Mental Health Psychiatric Consult, Dated 11/7/16 (USAO_Lo 2185-2187) | Stipulated | Stipulated | N/A | |
| D-88. | Navos Mental Health Psychiatric Consult, Dated 12/5/16 (USAO_Lo 2189-2191) | Stipulated | Stipulated | N/A | |
| D-89. | MultiCare Orthopedic Record with Cervical MRI, Dated 12/13/16 (USAO_Lo 387-400) | Stipulated | Stipulated | N/A | |
| D-90. | Ginger Allen, MD Record, Dated 1/31/17 (USAO_Lo 839-842) | Stipulated | Stipulated | N/A | |
| D-91. | Navos Mental Health Counseling, Dated 2/21/17 (USAO_Lo 2200-2201) | Stipulated | Stipulated | N/A | |
| D-92. | Navos Mental Health Counseling, Dated 3/22/17 (USAO_Lo 2203-2204) | Stipulated | Stipulated | N/A | |
| D-93. | Navos Mental Health Psychiatric Consult, Dated 3/22/17 (USAO_Lo 2205-2207) | Stipulated | Stipulated | N/A | |
| D-94. | Navos Mental Health Counseling, Dated 4/20/17 (USAO_Lo 2209) | Stipulated | Stipulated | N/A | |
| D-95. | Navos Mental Health Psychiatric Consult, Dated 4/24/17 (USAO_Lo 2210-2212) | Stipulated | Stipulated | N/A | |
| D-96. | Navos Mental Health Psychiatric Consult, Dated 6/5/17 (USAO_Lo 2214-2216) | Stipulated | Stipulated | N/A | |
| D-97. | Ginger Allen, MD Record, Dated 7/10/17 (USAO_Lo 844-847) | Stipulated | Stipulated | N/A | |
| D-98. | Navos Mental Health Psychiatric Consult, Dated 8/14/17 (USAO_Lo 2222-2224) | Stipulated | Stipulated | N/A | |
| D-99. | Navos Mental Health Counseling, Dated 9/12/17 (USAO_Lo 2225-2226) | Stipulated | Stipulated | N/A | |

PRETRIAL ORDER - 17

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| D-100. | Ginger Allen, MD Record, Dated 9/12/17 (USAO_Lo 849-851) | Stipulated | Stipulated | N/A | |
| D-101. | Navos Mental Health Counseling, Dated 11/13/17 (USAO_Lo 2392-2394) | Stipulated | Stipulated | N/A | |
| D-102. | Navos Mental Health Counseling, Dated 2/15/18 (USAO_Lo 2235) | Stipulated | Stipulated | N/A | |
| D-103. | Navos Mental Health Counseling, Dated 3/13/18 (USAO_Lo 2237-2239) | Stipulated | Stipulated | N/A | |
| D-104. | Navos Mental Health Psychiatric Consult, Dated 3/14/18 (USAO_Lo 2240-2242) | Stipulated | Stipulated | N/A | |
| D-105. | Ginger Allen, MD Record, Dated 4/7/18 (USAO_Lo 853-858) | Stipulated | Stipulated | N/A | |
| D-106. | Navos Mental Health Psychiatric Consult, Dated 4/18/18 (USAO_Lo 2244-2246) | Stipulated | Stipulated | N/A | |
| D-107. | Navos Mental Health Counseling, Dated 5/1/18 (USAO_Lo 2247-2248) | Stipulated | Stipulated | N/A | |
| D-108. | Navos Mental Health Psychiatric Consult, Dated 5/14/18 (USAO_Lo 2249-2251) | Stipulated | Stipulated | N/A | |
| D-109. | Ginger Allen, MD Record, Dated 5/29/18 (USAO_Lo 863-865) | Stipulated | Stipulated | N/A | |
| D-110. | Navos Mental Health Counseling, Dated 6/5/18 (USAO_Lo 2252-2253) | Stipulated | Stipulated | N/A | |
| D-111. | Navos Mental Health Counseling, Dated 6/26/18 (USAO_Lo 2255-2556) | Stipulated | Stipulated | N/A | |
| D-112. | Navos Mental Health Psychiatric Consult, Dated 7/2/18 (USAO_Lo 2257-2259) | Stipulated | Stipulated | N/A | |
| D-113. | Navos Mental Health Psychiatric Consult, Dated 8/6/18 (USAO_Lo 2263-2265) | Stipulated | Stipulated | N/A | |

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|-----|-------------|--------------|---------------|-----------|----------|
| D-114. | Ginger Allen, MD Record, Dated 8/7/18 (USAO_Lo 867-870) | Stipulated | Stipulated | N/A | |
| D-115. | MultiCare (Dr. Hou) ESI, Dated 9/12/18 (USAO_Lo 1461) | Stipulated | Stipulated | N/A | |
| D-116. | Navos Mental Health Psychiatric Consult, Dated 9/17/18 (USAO_Lo 2267-2269) | Stipulated | Stipulated | N/A | |
| D-117. | Navos Mental Health Counseling, Dated 10/29/18 (USAO_Lo 2271) | Stipulated | Stipulated | N/A | |
| D-118. | Navos Mental Health Psychiatric Consult, Dated 10/29/18 (USAO_Lo 2272-2274) | Stipulated | Stipulated | N/A | |
| D-119. | Navos Mental Health Counseling, Dated 11/5/18 (USAO_Lo 2275-2276) | Stipulated | Stipulated | N/A | |
| D-120. | Navos Mental Health Counseling, Dated 11/15/18 (USAO_Lo 2277-2278) | Stipulated | Stipulated | N/A | |
| D-121. | Navos Mental Health Psychiatric Consult, Dated 11/28/18 (USAO_Lo 2281-2283) | Stipulated | Stipulated | N/A | |
| D-122. | Ginger Allen, MD Record, Dated 12/7/18 (USAO_Lo 1101-1105) | Stipulated | Stipulated | N/A | |
| D-123. | XR of Right Hand, Dated 12/7/18 (USAO_Lo 2617) | Stipulated | Stipulated | N/A | |
| D-124. | Navos Mental Health Psychiatric Consult, Dated 1/7/19 (USAO_Lo 2285-2287) | Stipulated | Stipulated | N/A | |
| D-125. | Ginger Allen, MD Record, Dated 3/15/19 (USAO_Lo 1116-1120) | Stipulated | Stipulated | N/A | |
| D-126. | Navos Mental Health Psychiatric Consult, Dated 3/20/19 (USAO_Lo 2292-2294) | Stipulated | Stipulated | N/A | |
| D-127. | Navos Mental Health Psychiatric Consult, Dated 4/17/19 (USAO_Lo 2289-2291) | Stipulated | Stipulated | N/A | |

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| D-128. | Ginger Allen, MD Record, Dated 5/6/19 (USAO_Lo 1133-1138) | Stipulated | Stipulated | N/A | |
| D-129. | Navos Mental Health Psychiatric Consult, Dated 5/29/19 (USAO_Lo 2299-2301) | Stipulated | Stipulated | N/A | |
| D-130. | MultiCare (Dr. Hou) Medial Branch Block, Dated 7/1/19 (USAO_Lo 1583-1584) | Stipulated | Stipulated | N/A | |
| D-131. | Navos Mental Health Psychiatric Consult, Dated 7/22/19 (USAO_Lo 2302-2304) | Stipulated | Stipulated | N/A | |
| D-132. | Proliance Orthopedics Hip Consult with Xray of Hip, Dated 8/16/19 (USAO_Lo 2050-2053) | Stipulated | Stipulated | N/A | |
| D-133. | Navos Mental Health Counseling, Dated 9/9/19 (USAO_Lo 2307-2308) | Stipulated | Stipulated | N/A | |
| D-134. | MultiCare (Dr. Hou) Medial Branch Block, Dated 9/13/19 (USAO_Lo 1690) | Stipulated | Stipulated | N/A | |
| D-135. | Navos Mental Health Psychiatric Consult, Dated 9/25/19 (USAO_Lo 2309-2311) | Stipulated | Stipulated | N/A | |
| D-136. | Navos Mental Health Psychiatric Consult, Dated 11/6/19 (USAO_Lo 2312) | Stipulated | Stipulated | N/A | |
| D-137. | Proliance Orthopedic Consult, Dated 11/15/19 (USAO_Lo 2047-2049) | Stipulated | Stipulated | N/A | |
| D-138. | Navos Mental Health Psychiatric Consult, Dated 11/25/19 (USAO_Lo 2313-2314) | Stipulated | Stipulated | N/A | |
| D-139. | Proliance Orthopedic Consult, Dated 11/27/19 (USAO_Lo 2045-2046) | Stipulated | Stipulated | N/A | |
| D-140. | Proliance Orthopedic Consult, Dated 12/9/19 (USAO_Lo 2043-2044) | Stipulated | Stipulated | N/A | |
| D-141. | Proliance Orthopedic Status Report, Dated 12/17/19 (USAO_Lo 2076-2078) | Stipulated | Stipulated | N/A | |

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| D-142. | MultiCare (Dr. Hou), Progress Note, Dated 1/4/20 (USAO_Lo 1827) | Stipulated | Stipulated | N/A | |
| D-143. | Navos Mental Health Counseling, Dated 1/17/20 (USAO_Lo 2319-2320) | Stipulated | Stipulated | N/A | |
| D-144. | Navos Mental Health Psychiatric Consult, Dated 1/24/20 (USAO_Lo 2321-2323) | Stipulated | Stipulated | N/A | |
| D-145. | Proliance Orthopedic Consult, Dated 2/10/20 (USAO_Lo 2041-2042) | Stipulated | Stipulated | N/A | |
| D-146. | MultiCare (Dr. Hou) Medial Branch Block, Dated 3/2/20 (USAO_Lo 1899) | Stipulated | Stipulated | N/A | |
| D-147. | Proliance Orthopedic Consult, Dated 3/8/20 (USAO_Lo 1964) | Stipulated | Stipulated | N/A | |
| D-148. | MultiCare (Dr. Hou) Progress Report, Dated 3/8/20 (USAO_Lo 2920) | Stipulated | Stipulated | N/A | |
| D-149. | Navos Mental Health Psychiatric Consult, Dated 3/27/20 (USAO_Lo 2324-2325) | Stipulated | Stipulated | N/A | |
| D-150. | MultiCare (Dr. Hou) Cervical Ablation, Dated 6/26/20 (USAO_Lo 2991-2992) | Stipulated | Stipulated | N/A | |
| D-151. | Proliance Orthopedic Consult, Dated 6/29/20 (USAO_Lo 2739-2741) | Stipulated | Stipulated | N/A | |
| D-152. | Navos Mental Health Counseling, Dated 7/7/20 (USAO_Lo 3579-3580) | Stipulated | Stipulated | N/A | |
| D-153. | Proliance Orthopedic Operative Report, Dated 7/2/20 (USAO_Lo 2744-2745) | Stipulated | Stipulated | N/A | |
| D-154. | Proliance Orthopedic Consult, Dated 7/14/20 (USAO_Lo 2738) | Stipulated | Stipulated | N/A | |
| D-155. | Proliance Orthopedic Consult, Dated 8/11/20 (USAO_Lo 2737) | Stipulated | Stipulated | N/A | |

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| D-156. | Navos Mental Health Psychiatric Consult, Dated 8/12/20 (USAO_Lo 3582-3585) | Stipulated | Stipulated | N/A | |
| D-157. | Navos Mental Health Counseling, Dated 9/1/20 (USAO_Lo 3587-3588) | Stipulated | Stipulated | N/A | |
| D-158. | Proliance Orthopedic Consult, Dated 9/22/20 (USAO_Lo 2736) | Stipulated | Stipulated | N/A | |
| D-159. | Navos Mental Health Psychiatric Consult, Dated 11/17/20 (USAO_Lo 3622-3624) | Stipulated | Stipulated | N/A | |
| D-160. | Navos Mental Health Counseling, Dated 11/17/20 (USAO_Lo 3625-3627) | Stipulated | Stipulated | N/A | |
| D-161. | Navos Mental Health Psychiatric Consult, Dated 1/19/21 (USAO_Lo 3630-3633) | Stipulated | Stipulated | N/A | |
| D-162. | Navos Mental Health Counseling, Dated 1/21/21 (USAO_Lo 3634-3636) | Stipulated | Stipulated | N/A | |
| D-163. | Navos Mental Health Counseling, Dated 3/19/21 (USAO_Lo 3637-3639) | Stipulated | Stipulated | N/A | |
| D-164. | Navos Mental Health Psychiatric Consult, Dated 3/23/21 (USAO_Lo 3642-3646) | Stipulated | Stipulated | N/A | |
| D-165. | KT Building Supply Payroll Records (USAO_Lo 2727-2732) | Stipulated | Stipulated | N/A | |
| D-166. | Western Homes Realty Records (USAO_Lo 3095-3143) | Stipulated | Stipulated | N/A | |
| D-167. | Tax Returns 2006-2019 (USAO_Lo 3152-3224) | Stipulated | Stipulated | N/A | |
| D-168. | Employment Security Department Records (USAO_Lo 3478-3487) | Stipulated | Stipulated | N/A | |
| D-169. | Traffic Collision Report, Dated 3/23/17 (USAO_Lo 4509-4513) | No objection | Objection | FRE 401, 403; 801-805 | |

| No. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| D-170. | Farmers Insurance Payment Logs (USAO_Lo 4655 + 4186-4187) | No objection | Objection | FRE 401, 403; 801-805; *collateral source rule* | |
| D-171. | Kaitlin Lindquist Massage Therapy Records, Dated 6/5/17 to 2/8/18 (USAO_Lo 4379-4381; 4428-4429; 4383-4385; 4423-4427; 4440-4443; 4459-4463; 4470-4473; 4475-4479) | No objection | No objection | N/A | |
| D-172. | Farmers Insurance Correspondence, Dated 1/22/20 (USAO_Lo 4679-4680) | No objection | Objection | FRE 401, 403; 801-805; *collateral source rule* | |
| D-173. | Farmers Insurance Payment Log (USAO_Lo 4791) | No objection | Objection | FRE 401, 403; 801-805; *collateral source rule* | |
| D-174. | Farmers Insurance Claim History (USAO_Lo 4547-4562) | No objection | Objection | FRE 401, 403; 801-805; *collateral source rule* | |
| D-175. | Revised Present Cash Value Computations by Lorraine Barrick | No objection | No objection | | |

The parties reserve the right to introduce:

- Any documents exchanged during discovery;

- Any demonstrative and illustrative exhibit;

- Any exhibit for impeachment purposes; and/or

- To designate any rebuttal exhibits.

~~The parties reserve the right to make changes to this pretrial statement before the final agreed pretrial order is entered.~~

PRETRIAL ORDER - 23

## IX.     DEPOSITION TRANSCRIPTS

The parties may offer portions of the deposition transcripts of the parties and/or the parties' retained experts for impeachment purposes per *Fed. R. Civ. P.* 32(a)(2).  Furthermore, the parties may use the deposition of its listed witnesses to refresh their recollection.

## X.     TRIAL LOGISTICS AND LENGTH

***The parties attended a pretrial conference via Zoom on May 5, 2022 at 9:30 AM.***  The parties requested the length of trial remain five days, with a possible sixth day (May 16, 2022) reserved for closing arguments.

Plaintiff agreed to a modified in-person/by Zoom trial. However, because of the prior stipulation with regard to an all Zoom trial, Plaintiff requested leave of court for his witnesses identified above to be allowed to testify via Zoom.  Further, Plaintiff counsel Ms. Wang has a pregnancy-related hardship.  Plaintiff counsel Ms. Wang is expecting a child with a due date in late July.  Ms. Wang has been experiencing pregnancy-related complications since mid-March 2022. Ms. Wang anticipates that she would be experiencing physical hardship if having to appear in person during her third and last trimester, given her pregnancy-related complications.  Plaintiff accordingly has asked leave of Court for Ms. Wang to appear remotely as well.  Plaintiff's other counsel, Anthony Marsh, will appear in-person.

Defendant is agreeable to the accommodations requested by Plaintiff.  Counsel for Defendant will appear in-person as will all witnesses called by the Defendant (as noted specifically above).

## XI.     ACTION BY THE COURT

(a) This case is scheduled for trial without a jury on May 9, 2022 at ***1 P. The Court believes that four days, or twenty trial hours, is sufficient in this case.  Accordingly,***

1    *each side SHALL be allotted 10 hours of trial time.  The Court may allocate additional*

2    *time at its discretion upon good cause shown.*

3    (b) ~~Trial briefs shall be submitted to the Court on or before April 29, 2022.~~

4    (c) *Plaintiff's request for certain witnesses identified above to be allowed to testify via*

5    *Zoom and for Plaintiff's counsel Ms. Wang to appear via Zoom is GRANTED.*

6    (d) This Order has been approved by the parties as evidenced by the signatures of their

7    counsel *and their agreement during the May 5, 2022 pretrial conference*.  This Order

8    shall control the subsequent course of the action unless modified by subsequent order.

9    This Order shall not be amended except by order of the Court pursuant to agreement

10    of the parties or to prevent manifest injustice.

11    IT IS SO ORDERED.

12    DATED this 5th day of May 2022.

15    _____

16    Tana Lin
     United States District Judge

PRETRIAL ORDER - 25

APPROVED AS TO FORM.

HERMANN LAW GROUP

*/s/ Anthony Marsh*
ANTHONY MARSH, WSBA No. 45194

*/s/ Cissy Wang*
CISSY WANG, WSBA No. 51235
505 Fifth Ave S, Ste. 330
Seattle, WA 98104
Phone: (206) 625-9104
Fax: (206) 682-6710
Email: Anthony@hlg.lawyer
Email: cissy@hlg.lawyer


Attorneys for Plaintiff Ka Wai Jimmy Lo

NICHOLAS W. BROWN
United States Attorney

*s/ Erin K. Hoar*
ERIN K. HOAR, CA No. 311332

*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA No. 48978
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email: erin.hoar@usdoj.gov
Email: nickolas.bohl@usdoj.gov

Attorneys for Defendant United States of
America