The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KA WAI JIMMY LO,<br><br>                    Plaintiff,<br><br>           v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 2:17-cv-01202-TL<br><br>STIPULATED MOTION & ORDER FOR EXTENSION OF POST-TRIAL DEADLINES<br><br>**Noted on Motion Calendar:**<br>**June 16, 2022** |

### JOINT STIPULATION

Pursuant to Judge Lin's Standing Order for All Civil Cases, the Parties have agreed to move the following post-trial deadlines as set forth in the Court's May 13, 2022 Minute Order (Dkt. 147) by one week:

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Proposed Findings of Fact/Conclusions of Law and Supplemental Trial Brief | June 17, 2022 | June 24, 2022 |
| Defendant's Objection to Any Evidence Regarding Back Surgery | June 22, 2022 | June 29, 2022 |
| Plaintiff's Response to Defendant's Objection | June 27, 2022 | July 5, 2022 |

**SO STIPULATED**.

Dated this 16th day of June, 2022.

          HERMANN LAW GROUP

          *s/ Anthony Marsh*
          ANTHONY MARSH, WSBA No. 45194

          *s/ Cissy Wang*
          XI CISSY WANG, WSBA No. 51235
          505 Fifth Avenue S, Suite 330
          Seattle, Washington 98104
          Phone: (206) 625-9104
          Fax: (206) 682-6710
          Email: Anthony@hlg.lawyer
          Email: cissy@hlg.lawyer

          Attorneys for Plaintiff

**SO STIPULATED**.

Dated this 16th day of June, 2022.

          NICHOLAS W. BROWN
          United States Attorney

          *s/ Erin K. Hoar*
          ERIN K. HOAR, CA No. 311332

          *s/ Nickolas Bohl*
          NICKOLAS BOHL, WSBA No. 48978
          Assistant United States Attorneys
          United States Attorney's Office
          700 Stewart Street, Suite 5220
          Seattle, Washington 98101-1271
          Phone: 206-553-7970
          Fax: 206-553-4067
          Email: Erin.Hoar@usdoj.gov
          Email: Nickolas.Bohl@usdoj.gov

          Attorneys for Defendant

## ORDER

**IT IS SO ORDERED.**

DATED this 16th day of June 2022.

_____
Tana Lin
United States District Judge